UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD D. ROBESON,

    Plaintiff,

v.

    Case No. 09-11231
    Hon. Lawrence P. Zatkoff

UNITED STATES STEEL CORPORATION,

    Defendant.

    _____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated September 29, 2011, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 29th day of September, 2011.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY:    s/Marie Verlinde
            MARIE VERLINDE

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE